| United States Bankruptcy Court<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sarai Sanford, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Holiday Inn Express** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-2077234** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3401 S Orando Dr.**<br>**Sanford, FL**<br>ZIP Code **32773** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Seminole** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**19700 US Hwy 441**<br>**Mount Dora, FL**<br>ZIP Code **32757** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **3401 S Orlando Dr.**<br>**Sanford, FL 32773** |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9 ☐ Chapter 15 Petition for Recognition<br>■ Chapter 11    of a Foreign Main Proceeding<br>☐ Chapter 12 ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13    of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sarai Sanford, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sarai Sanford, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X __/s/ R Scott Shuker_____
Signature of Attorney for Debtor(s)

__R Scott Shuker 984469__
Printed Name of Attorney for Debtor(s)

__Latham, Shuker, Eden & Beaudine, LLP__
Firm Name

**PO Box 3353**
**Orlando, FL 32802-3353**

_____
Address

__(407) 481-5800 Fax: (407) 481-5801__
Telephone Number

__September 15, 2011__
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ Nikesh Shah_____
Signature of Authorized Individual

**Nikesh Shah**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**September 15, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Sarai Sanford, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **N/A** .

2. The following financial data is the latest available information and refers to the debtor's condition on **N/A** .

a. Total assets                                        $          **0.00**

b. Total debts (including debts listed in 2.c., below)    $          **0.00**

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |

d. Number of shares of preferred stock                **0**          **0**

e. Number of shares common stock                      **0**          **0**

Comments, if any:

3. Brief description of Debtor's business:
   **Hotel**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Rakesh Patel 10%**
   **Dhiroobhai Desai 10%**
   **Raj Desai 10%**
   **Bharat Desai 14%**
   **Dipty Desai 14%**
   **Mona Patel 14%**
   **Daksha Patel 14%**
   **Kalpana Gododia 14%**

# United States Bankruptcy Court
## Middle District of Florida

In re    **Sarai Sanford, LLC** _____

                               Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | American Express<br>PO Box 360001<br>Ft. Lauderdale, FL 33336 | Credit card | | 2,000.00 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | Phone Service | | 200.00 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | Credit card | | 7,000.00 |
| FPL<br>General Mail Facility<br>Miami, FL 33188 | FPL<br>General Mail Facility<br>Miami, FL 33188 | Utilities | | 6,000.00 |
| Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852 | Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852 | Hotel Supplies | | 2,700.00 |
| Intercontinental Hotel Grps<br>PO Box 101074<br>Atlanta, GA 30392 | Intercontinental Hotel Grps<br>PO Box 101074<br>Atlanta, GA 30392 | Franchisor | | 15,000.00 |
| Main Street Bank<br>(The Leasing Experts)<br>PO Box 203909<br>Houston, TX 77216 | Main Street Bank<br>(The Leasing Experts)<br>PO Box 203909<br>Houston, TX 77216 | Hotel Furnishings | | Unknown |
| Royal Cup Coffee<br>PO Box 170971<br>Birmingham, AL 35217 | Royal Cup Coffee<br>PO Box 170971<br>Birmingham, AL 35217 | Trade Debt | | 250.00 |
| Sysco<br>200 West Story Rd.<br>Ocoee, FL 34761 | Sysco<br>200 West Story Rd.<br>Ocoee, FL 34761 | Trade debt | | Unknown |
| TCF Financing<br>PO Box 650<br>Hopkins, MN 55343 | TCF Financing<br>PO Box 650<br>Hopkins, MN 55343 | Buy-out for shuttle van | | 3,622.23 |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re **Sarai Sanford, LLC**               Case No. _____

                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 15, 2011**         Signature   **/s/ Nikesh Shah**
                                          **Nikesh Shah**
                                          **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Sarai Sanford, LLC**
_____,
                           Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,961,213.00 | | |
| B - Personal Property | Yes | 3 | 916,030.78 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,974,587.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 104,600.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,786,690.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| Total Assets | | | 2,877,243.78 | | |
| Total Liabilities | | | | 7,865,878.21 | |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Sarai Sanford, LLC**                        Case No. _____

                                 Debtor         ,      Chapter _____ 11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Sarai Sanford, LLC**           Case No. _____

                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Holiday Inn Express**<br>**3401 South Orlando Drive**<br>**Sanford, FL 32771**<br><br>Value is 2011 Tax Assessor Value | **Fee Simple** | - | 1,961,213.00 | 5,974,587.00 |

                            Sub-Total >    1,961,213.00    (Total of this page)

**0**   continuation sheets attached to the Schedule of Real Property        Total >    1,961,213.00

                            (Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Sarai Sanford, LLC**                                ,    Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank**<br>**3603 S. Orlando Dr.**<br>**Sanford, FL 32773**<br><br>**Operating - 2000031883142**<br>**Payroll - 2000041435250** | - | 242,221.08 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **City of Sanford** | - | 4,485.00 |
| | | **Florida Power & Light** | - | 3,494.00 |
| | | **FPU** | - | 2,419.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

                                                    Sub-Total >       **252,619.08**<br>                                                (Total of this page)

**2**    continuation sheets attached to the Schedule of Personal Property

In re **Sarai Sanford, LLC**             Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loan receivable** | - | 1,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                      Sub-Total >            **1,000.00**
                                                   (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re   **Sarai Sanford, LLC** _____,   Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Franchise Fee** | - | **19,306.00** |
| | | **Goodwill** | - | **463,333.00** |
| | | **Loan Costs** | - | **26,584.00** |
| | | **Org Costs** | - | **4,666.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See attached list** | - | **148,522.70** |
| | | **List and Market Value are for No. 28 and No. 29.** | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **662,411.70** |
| (Total of this page) | |
| Total > | **916,030.78** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

28110 Sarai Sanford, LLC
26-2077234
FYE: 12/31/2010

**Tax Asset Detail  1/01/10 - 12/31/10**

04/12/2011  3:45 PM
Page 1

Schedule B - 28 + 29

| Asset Id | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Computer equipment** | | | | | | | | | | | |
| 16 | Computer system-capital lease | 3/19/08 | 13,177.02 | 0.00 | 0.00 | 6,588.51 | 2,635.40 | 9,223.91 | 3,953.11 | 200DB | 5.0 |
| 19 | Notebook laptop | 3/31/08 | 1,341.87 | 0.00 | 670.94 | 1,006.40 | 134.19 | 1,140.59 | 201.28 | 200DB | 5.0 |
| 33 | Business center - Computer | 3/19/08 | 250.00 | 0.00 | 0.00 | 125.00 | 50.00 | 175.00 | 75.00 | 200DB | 5.0 |
| 35 | Office - 2 computers | 3/19/08 | 600.00 | 0.00 | 0.00 | 300.00 | 120.00 | 420.00 | 180.00 | 200DB | 5.0 |
| 121 | Computer (business center) | 2/19/09 | 404.69 | 0.00 | 202.35 | 273.17 | 52.61 | 325.78 | 78.91 | 200DB | 5.0 |
| | **Computer equipment** | | 15,773.58 | 0.00c | 873.29 | 8,293.08 | 2,992.20 | 11,285.28 | 4,488.30 | | 5.0 |
| **Group: Furniture and fixtures** | | | | | | | | | | | |
| 20 | Room furniture | 5/29/08 | 4,318.06 | 0.00 | 2,159.03 | 2,959.49 | 388.16 | 3,347.65 | 970.41 | 200DB | 7.0 |
| 22 | Lobby - 26 chairs | 3/19/08 | 1,300.00 | 0.00 | 0.00 | 481.97 | 233.72 | 715.69 | 584.31 | 200DB | 7.0 |
| 23 | Lobby - 7 tables | 3/19/08 | 500.00 | 0.00 | 0.00 | 185.37 | 89.89 | 275.26 | 224.74 | 200DB | 7.0 |
| 26 | Lobby - 32" Television | 3/19/08 | 300.00 | 0.00 | 0.00 | 92.69 | 44.95 | 137.64 | 162.36 | 200DB | 7.0 |
| 27 | Lobby - Credenza | 3/19/08 | 300.00 | 0.00 | 0.00 | 111.22 | 53.94 | 165.16 | 134.84 | 200DB | 7.0 |
| 28 | Lobby - 350 gal fish tank | 3/19/08 | 2,000.00 | 0.00 | 0.00 | 741.50 | 359.57 | 1,101.07 | 898.93 | 200DB | 7.0 |
| 29 | Meeting room - 32" Television | 3/19/08 | 250.00 | 0.00 | 0.00 | 92.69 | 44.95 | 137.64 | 112.36 | 200DB | 7.0 |
| 30 | Meeting room - Screen | 3/19/08 | 150.00 | 0.00 | 0.00 | 55.61 | 26.97 | 82.58 | 67.42 | 200DB | 7.0 |
| 31 | Meeting room - 8 tables | 3/19/08 | 600.00 | 0.00 | 0.00 | 222.45 | 107.87 | 330.32 | 269.68 | 200DB | 7.0 |
| 32 | Meeting room - 45 chairs | 3/19/08 | 2,500.00 | 0.00 | 0.00 | 926.87 | 449.41 | 1,376.34 | 1,123.66 | 200DB | 7.0 |
| 34 | Business center - chair | 3/19/08 | 50.00 | 0.00 | 0.00 | 18.54 | 8.99 | 27.53 | 22.47 | 200DB | 7.0 |
| 44 | Xstn (3) - 6 25" televisions | 3/19/08 | 1,200.00 | 0.00 | 0.00 | 444.90 | 215.74 | 660.64 | 539.36 | 200DB | 7.0 |
| 45 | Xstn (3) - 3 microwaves | 3/19/08 | 225.00 | 0.00 | 0.00 | 83.42 | 40.45 | 123.87 | 101.13 | 200DB | 7.0 |
| 52 | Xstn (3) - 3 microfridges | 3/19/08 | 375.00 | 0.00 | 0.00 | 139.03 | 67.42 | 206.45 | 168.55 | 200DB | 7.0 |
| 61 | Xstn (3) - 3 King bed mattresses | 3/19/08 | 1,350.00 | 0.00 | 0.00 | 500.51 | 242.71 | 743.22 | 606.78 | 200DB | 7.0 |
| 62 | Tdbn (22) - 22 Microwaves | 3/19/08 | 1,650.00 | 0.00 | 825.00 | 1,130.86 | 148.33 | 1,279.19 | 370.81 | 200DB | 7.0 |
| 67 | Tdbn (22) - 22 25"Televisions | 3/19/08 | 2,750.00 | 0.00 | 0.00 | 1,019.56 | 494.41 | 1,513.97 | 1,236.03 | 200DB | 7.0 |
| 68 | Kexn (4) - 4 Microwaves | 3/19/08 | 4,400.00 | 0.00 | 0.00 | 1,631.29 | 791.06 | 2,422.35 | 1,977.65 | 200DB | 7.0 |
| 69 | Kexn (4) - 4 Microfridges | 3/19/08 | 300.00 | 0.00 | 0.00 | 111.22 | 53.94 | 165.16 | 134.84 | 200DB | 7.0 |
| 80 | Kexn (4) - 4 25" Televisions | 3/19/08 | 800.00 | 0.00 | 0.00 | 296.60 | 143.83 | 440.43 | 359.57 | 200DB | 7.0 |

28110 Sarai Sanford, LLC
26-2077234
FYE: 12/31/2010

Tax Asset Detail   1/01/10 - 12/31/10

04/12/2011  3:45 PM
Page 2

| Asset Group/# d | Property Description (Furniture and fixtures (continued)) | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | Kwan (7) - 7 Microwaves | 3/19/08 | 525.00 | 0.00 | 0.00 | 194.64 | 94.39 | 289.03 | 235.97 | 200DB | 7.0 |
| 89 | Kwan (7) - 7 Microfridges | 3/19/08 | 875.00 | 0.00 | 0.00 | 324.41 | 157.31 | 481.72 | 393.28 | 200DB | 7.0 |
| 96 | Kwan (7) - 7 25" Televisions | 3/19/08 | 1,400.00 | 0.00 | 0.00 | 519.05 | 251.70 | 770.75 | 629.25 | 200DB | 7.0 |
| 102 | Kngn (36) - 16 Microfridge | 3/19/08 | 4,500.00 | 0.00 | 0.00 | 1,668.36 | 809.04 | 2,477.40 | 2,022.60 | 200DB | 7.0 |
| 103 | Kngn (36) - 16 Microwaves | 3/19/08 | 2,700.00 | 0.00 | 0.00 | 1,001.02 | 485.42 | 1,486.44 | 1,213.56 | 200DB | 7.0 |
| 111 | Kngn (36) - 36 Microwaves | 3/19/08 | 21,000.00 | 0.00 | 0.00 | 7,785.71 | 3,765.85 | 11,551.56 | 9,448.44 | 200DB | 7.0 |
| 113 | Kngn (36) - 36 25" Televisions | 3/19/08 | 21,000.00 | 0.00 | 0.00 | 8,008.16 | 3,783.38 | 11,791.54 | 9,208.46 | 200DB | 7.0 |
| 115 | Carpet - 72 rooms | 6/02/08 | 151.73 | 0.00 | 75.86 | 103.99 | 13.64 | 117.63 | 34.10 | 200DB | 5.0 |
| 116 | Carpet - hallway | 3/19/08 | 3,834.20 | 0.00 | 1,917.10 | 2,627.86 | 344.67 | 2,972.53 | 861.67 | 200DB | 5.0 |
| 117 | Pool umbrellas & bases | 6/12/08 | 252.70 | 0.00 | 126.35 | 173.19 | 22.72 | 195.91 | 56.79 | 200DB | 7.0 |
| 120 | Mattresses (Ondo Mattress) | 11/03/08 | 276.58 | 0.00 | 138.29 | 186.69 | 35.96 | 222.65 | 53.93 | 200DB | 5.0 |
| 122 | Microfridges | 1/21/09 | 10,135.18 | 0.00 | 5,067.59 | 6,334.49 | 1,085.91 | 7,420.40 | 2,714.78 | 200DB | 5.0 |
| 123 | Refrigerator (room) | 3/15/09 | 347.71 | 0.00 | 173.86 | 217.32 | 37.25 | 254.57 | 93.14 | 200DB | 5.0 |
| 124 | "Logo" items (planters, mats, bench) | 3/15/09 | 1,230.50 | 0.00 | 614.97 | 680.86 | 156.88 | 837.74 | 392.76 | 200DB | 7.0 |
| 126 | Lighting | 7/31/09 | 1,106.60 | 0.00 | 553.30 | 580.97 | 210.25 | 791.22 | 315.38 | 200DB | 7.0 |
| 127 | Vacuums | 10/14/09 | 201.20 | 0.00 | 100.60 | 115.63 | 28.23 | 143.86 | 57.34 | 200DB | 5.0 |
| 128 | Xstn (3) MIR 100 guest room mirror | 10/14/09 | 352.10 | 0.00 | 176.05 | 184.85 | 66.30 | 251.15 | 100.95 | 200DB | 7.0 |
| 129 | Tdbn (22) MIR 100 guest room mirr | 10/14/09 | 1,810.80 | 0.00 | 905.40 | 950.67 | 344.05 | 1,294.72 | 516.08 | 200DB | 7.0 |
| 130 | Kexn (4) MIR 100 guest room mirro | 10/14/09 | 142.14 | 0.00 | 71.07 | 74.62 | 27.01 | 101.63 | 40.51 | 200DB | 7.0 |
| 131 | Kngn (36) MIR 100 guest room min | 10/14/09 | 1,042.36 | 0.00 | 521.18 | 547.24 | 198.05 | 745.29 | 297.07 | 200DB | 7.0 |
| 132 | Xstn (3) MIR 101 full length mirro | 10/14/09 | 189.52 | 0.00 | 94.76 | 99.50 | 36.01 | 135.51 | 54.01 | 200DB | 7.0 |
| 133 | Tdbn (22) MIR 101 full length mirr | 10/14/09 | 331.66 | 0.00 | 165.83 | 174.12 | 63.02 | 237.14 | 94.52 | 200DB | 7.0 |
| 134 | Kexn (4) MIR 101 full length mirro | 10/14/09 | 158.25 | 0.00 | 79.13 | 83.09 | 30.06 | 113.15 | 45.10 | 200DB | 7.0 |
| 135 | Kngn (36) MIR 101 full length mirr | 10/14/09 | 1,705.68 | 0.00 | 852.84 | 895.12 | 324.44 | 1,219.56 | 486.12 | 200DB | 7.0 |
| 136 | Xstn (3) MIR 102 Vanity mirrors | 10/14/09 | 1,160.50 | 0.00 | 580.25 | 609.26 | 220.50 | 829.76 | 330.74 | 200DB | 7.0 |
| 137 | Tdbn (22) MIR102 Vanity mirrors | 10/14/09 | 211.00 | 0.00 | 105.50 | 110.78 | 40.09 | 150.87 | 60.13 | 200DB | 7.0 |
| 138 | Kexn (4) MIR 102 Vanity mirrors | 10/14/09 | 1,899.00 | 0.00 | 949.50 | 996.98 | 360.81 | 1,357.79 | 541.21 | 200DB | 7.0 |
| 139 | Kngn (36) MIR 102 Vanity mirrors | 10/14/09 | 306.85 | 0.00 | 153.43 | 161.10 | 58.30 | 219.40 | 87.45 | 200DB | 7.0 |
| 140 | Kwan (7) MIR 102 Vanity mirrors | 10/14/09 | 191.29 | 0.00 | 95.65 | 100.43 | 36.34 | 136.77 | 54.52 | 200DB | 7.0 |
| 141 | Kwan (7) MIR 103 Vanity mirrors | 10/14/09 | 191.29 | 0.00 | 95.65 | 93.98 | 34.01 | 127.99 | 63.30 | 200DB | 7.0 |
| 142 | Lobby Artwork 200/201 | 10/14/09 | 1,385.86 | 0.00 | 692.93 | 727.58 | 263.31 | 990.89 | 394.97 | 200DB | 7.0 |
| 143 | Lobby Art 200/201 Vanity mirrors | 10/14/09 | 1,240.71 | 0.00 | 620.36 | 651.38 | 235.73 | 887.11 | 353.60 | 200DB | 7.0 |
| 144 | Mirrors freigh & tax | 10/14/09 | 422.76 | 0.00 | 211.38 | 221.95 | 80.32 | 302.27 | 120.49 | 200DB | 7.0 |
| 145 | Bkfst tables (6) | 10/14/09 | 338.44 | 0.00 | 169.22 | 177.68 | 64.30 | 241.98 | 96.46 | 200DB | 7.0 |
| 153 | Lobby cocktail table | 10/14/09 | 136.71 | 0.00 | 68.36 | 70.80 | 18.83 | 89.63 | 47.08 | 200DB | 5.0 |
| 154 | Lobby console table | 10/14/09 | 221.79 | 0.00 | 110.90 | 114.86 | 30.55 | 145.41 | 76.38 | 200DB | 5.0 |
| 155 | Xstn (3) LGT 105 Table lamps | 10/14/09 | 136.71 | 0.00 | 68.36 | 70.80 | 18.83 | 89.63 | 47.08 | 200DB | 5.0 |
| 156 | Xstn (3) GLT 102 Desk lamp w/out | 10/14/09 | 1,396.21 | 0.00 | 698.11 | 724.93 | 192.84 | 917.77 | 478.44 | 200DB | 5.0 |
| 157 | Xstn (3) LGT 100 Nightstand lamp | 10/14/09 | 1,190.86 | 0.00 | 595.43 | 616.70 | 164.05 | 780.75 | 410.11 | 200DB | 5.0 |
| 158 | Tdbn (22) LGT 103 Floor lamps | 10/14/09 | 2,005.08 | 0.00 | 1,002.54 | 1,038.35 | 276.21 | 1,314.56 | 690.52 | 200DB | 5.0 |
| 159 | Tdbn (22) LGT 102 Desk lamp | 10/14/09 | 1,626.46 | 0.00 | 813.23 | 842.27 | 224.05 | 1,066.32 | 560.14 | 200DB | 5.0 |
| 160 | Tdbn (22) LGT 101 Twin Soket lam | 10/14/09 | 813.23 | 0.00 | 406.62 | 420.93 | 114.86 | 535.79 | 277.44 | 200DB | 5.0 |
| 161 | Tdbn (22) LGT 100 Nightstand lam | 10/14/09 | 595.43 | 0.00 | 297.72 | 308.25 | 83.58 | 391.83 | 203.60 | 200DB | 5.0 |
| 162 | Kexn (4) LGT 103 Floor lamp | 10/14/09 | 295.72 | 0.00 | 147.86 | 153.34 | 40.74 | 194.08 | 101.64 | 200DB | 5.0 |
| 163 | Kexn (4) LGT 102 Desk lamp w/out | 10/14/09 | 254.52 | 0.00 | 127.26 | 131.81 | 35.06 | 166.87 | 87.65 | 200DB | 5.0 |
| 164 | Kexn (4) LGT 100 Night stand lamp | 10/14/09 | 182.28 | 0.00 | 91.14 | 94.40 | 25.11 | 119.51 | 62.77 | 200DB | 5.0 |
| 165 | Kwan (7) LGT 101 Twin socket nigh | 10/14/09 | 445.41 | 0.00 | 222.71 | 230.66 | 61.36 | 292.02 | 153.39 | 200DB | 7.0 |
| 166 | Kwan (7) LGT 102 Desk lamp w/ou | 10/14/09 | 517.51 | 0.00 | 258.76 | 268.00 | 71.29 | 339.29 | 178.22 | 200DB | 7.0 |

28110 Sarai Sanford, LLC
26-2077234
FYE: 12/31/2010

# Tax Asset Detail   1/01/10 - 12/31/10

**Group: Furniture and fixtures (continued)**

| Asset | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 167 | Kwen (7) LGT 100 Nightstand lamp | 10/14/09 | 637.98 | 0.00 | 318.89 | 330.38 | 87.89 | 418.27 | 219.71 | 200DB | 7.0 |
| 168 | Kngn (36) LGT 100 Floor lamp | 10/14/09 | 2,290.68 | 0.00 | 1,145.34 | 1,186.24 | 315.55 | 1,501.79 | 788.89 | 200DB | 7.0 |
| 169 | Kngn (36) LGT 102 Desk lamp w/o | 10/14/09 | 2,631.98 | 0.00 | 1,315.99 | 1,362.99 | 362.57 | 1,725.56 | 906.42 | 200DB | 7.0 |
| 170 | Kngn (36) LGT 102 Nightstand lam | 10/14/09 | 1,640.52 | 0.00 | 820.26 | 849.56 | 225.99 | 1,075.55 | 564.97 | 200DB | 7.0 |
| 171 | Xstn (3) LGT 100 Folding luggage | 10/14/09 | 83.58 | 0.00 | 41.79 | 43.28 | 11.51 | 54.79 | 28.79 | 200DB | 7.0 |
| 172 | Xstn (3) LGT 100 Ergo desk chair | 10/14/09 | 316.43 | 0.00 | 158.22 | 163.87 | 43.59 | 207.46 | 108.97 | 200DB | 7.0 |
| 173 | Tdbn (22) LGT 100 Folding lugga | 10/14/09 | 612.92 | 0.00 | 306.46 | 317.40 | 84.43 | 401.83 | 211.09 | 200DB | 7.0 |
| 174 | Tdbn (22) UPHI 100 Ergo desk chai | 10/14/09 | 2,613.82 | 0.00 | 1,306.91 | 1,353.59 | 360.07 | 1,713.66 | 900.16 | 200DB | 7.0 |
| 175 | Kngn (4) UPHI 109 Folding luggag | 10/14/09 | 115.44 | 0.00 | 57.72 | 59.78 | 15.90 | 75.68 | 39.76 | 200DB | 7.0 |
| 176 | Kngn (4) UPHI 109 Ergo desk chai | 10/14/09 | 475.24 | 0.00 | 237.62 | 246.11 | 65.49 | 311.60 | 163.64 | 200DB | 7.0 |
| 177 | Kwen (7) UPHI 100 Folding lugga | 10/14/09 | 195.02 | 0.00 | 97.51 | 100.99 | 26.87 | 127.86 | 67.16 | 200DB | 7.0 |
| 178 | Kwen (7) UPHI 100 Ergo desk chair | 10/14/09 | 831.67 | 0.00 | 415.84 | 430.69 | 114.57 | 545.26 | 286.41 | 200DB | 7.0 |
| 179 | Kngn (36) UPHI 100 Folding lugga | 10/14/09 | 1,038.96 | 0.00 | 519.48 | 538.03 | 143.12 | 681.15 | 357.81 | 200DB | 7.0 |
| 180 | Kngn (36) CASE 109 Folding lugga | 10/13/09 | 3,890.12 | 0.00 | 1,945.06 | 2,014.53 | 535.88 | 2,550.41 | 1,339.71 | 200DB | 7.0 |
| 181 | Kngn (36) UPHI 100 Ergo desk chai | 10/14/09 | 17,967.44 | 0.00 | 8,983.72 | 9,304.60 | 2,475.11 | 11,779.71 | 6,187.73 | 200DB | 7.0 |
| 182 | (16) UPHI 100 Breakfast chairs | 10/14/09 | 347.38 | 0.00 | 173.69 | 180.10 | 47.91 | 228.01 | 119.37 | 200DB | 7.0 |
| 183 | (9) UPHI Breakfast chairs fabric | 10/14/09 | 192.22 | 0.00 | 96.11 | 99.54 | 26.48 | 126.02 | 66.20 | 200DB | 7.0 |
| 184 | (10) UPHI 202 Lounge chairs | 10/14/09 | 173.70 | 0.00 | 86.85 | 89.95 | 23.93 | 113.88 | 59.82 | 200DB | 7.0 |
| 185 | (10) UPHI pillows | 10/14/09 | 912.32 | 0.00 | 456.16 | 472.47 | 125.68 | 598.15 | 314.17 | 200DB | 7.0 |
| 186 | Lobby Draperies | 10/14/09 | 834.15 | 0.00 | 417.08 | 431.98 | 114.91 | 546.89 | 287.26 | 200DB | 7.0 |
| 187 | Meeting room (2) Draperies | 10/14/09 | 601.49 | 0.00 | 300.75 | 311.49 | 82.86 | 394.35 | 207.14 | 200DB | 7.0 |
| 188 | UPHI 203 Breakfast chairs | 10/14/09 | 339.72 | 0.00 | 169.86 | 175.93 | 46.80 | 222.73 | 116.99 | 200DB | 7.0 |
| 189 | (2) 30x30 Breakfast tables | 2/02/05 | 336.53 | 0.00 | 0.00 | 205.60 | 46.80 | 252.40 | 84.13 | 200DB | 7.0 |
| 190 | (36) ADA Drapery batons | 10/14/09 | 1,143.49 | 0.00 | 571.75 | 592.17 | 157.52 | 749.69 | 393.80 | 200DB | 7.0 |
| 191 | Drapery sets extras | 2/02/05 | 1,099.05 | 0.00 | 0.00 | 671.00 | 153.00 | 824.00 | 275.05 | 200DB | 7.0 |
| 192 | Xstn (3) UPHI 101 Side chairs | 10/14/09 | 478.05 | 0.00 | 239.03 | 247.57 | 65.86 | 313.43 | 164.62 | 200DB | 7.0 |
| 193 | Xstn (3) UPHI 203 Breakfast chai | 10/14/09 | 457.98 | 0.00 | 228.99 | 237.17 | 63.09 | 300.26 | 157.72 | 200DB | 7.0 |
| 194 | Tdbn (25) UPHI 101 side chairs | 10/14/09 | 7,993.72 | 0.00 | 3,996.86 | 4,139.61 | 1,101.17 | 5,240.78 | 2,752.94 | 200DB | 7.0 |
| 195 | Lobby (3) Cocktail tables | 10/14/09 | 582.21 | 0.00 | 291.11 | 301.51 | 80.20 | 381.71 | 200.50 | 200DB | 7.0 |
| 196 | Lobby (3) End tables | 10/14/09 | 4,269.54 | 0.00 | 2,134.77 | 2,211.01 | 588.15 | 2,799.16 | 1,470.38 | 200DB | 7.0 |
| 197 | Xstn (22) Desk | 10/14/09 | 776.28 | 0.00 | 388.14 | 402.00 | 106.94 | 508.94 | 267.34 | 200DB | 7.0 |
| 198 | Kexn (4) Desk | 10/14/09 | 1,358.02 | 0.00 | 679.01 | 703.26 | 187.07 | 890.33 | 467.69 | 200DB | 7.0 |
| 199 | Tdbn (22) Desk | 10/14/09 | 890.94 | 0.00 | 445.47 | 461.38 | 122.73 | 584.11 | 306.83 | 200DB | 7.0 |
| 200 | Kngn (36) Desk | 10/14/09 | 801.04 | 0.00 | 400.52 | 414.82 | 110.35 | 525.17 | 275.87 | 200DB | 7.0 |
| 201 | Lobby (1) Sofa w/2 pillows | 10/14/09 | 6,986.52 | 0.00 | 3,493.26 | 3,618.02 | 962.43 | 4,580.45 | 2,406.07 | 200DB | 7.0 |
| 202 | Lobby (2) lounge chairs | 10/14/09 | 655.92 | 0.00 | 327.96 | 339.72 | 90.36 | 430.08 | 225.84 | 200DB | 7.0 |
| 203 | Kexn (8) CASE 100 Nightstands | 10/14/09 | 4,810.08 | 0.00 | 2,405.04 | 2,490.91 | 662.61 | 3,153.52 | 1,656.56 | 200DB | 7.0 |
| 204 | Kwen (72) CASE 100 Nightstand | 10/14/09 | 579.30 | 0.00 | 289.65 | 300.00 | 79.80 | 379.80 | 199.50 | 200DB | 7.0 |
| 205 | Kngn (44) CASE 101 Nightstand | 10/14/09 | 11,776.32 | 0.00 | 5,888.16 | 6,098.77 | 1,622.25 | 7,721.02 | 4,055.30 | 200DB | 7.0 |
| 206 | Xstn (6) CASE 102 Full headboard | 10/14/09 | 1,308.52 | 0.00 | 654.26 | 677.59 | 180.27 | 857.86 | 450.66 | 200DB | 7.0 |
| 207 | Tdbn (44) CASE 100 Full headboar | 10/14/09 | 4,248.20 | 0.00 | 2,124.10 | 2,200.06 | 585.21 | 2,785.27 | 1,462.93 | 200DB | 7.0 |
| 208 | Kwen (7) CASE 103 King Headboar | 10/14/09 | 4,715.28 | 0.00 | 2,357.64 | 2,441.83 | 649.55 | 3,091.38 | 1,623.90 | 200DB | 7.0 |
| 209 | Kwen (7) CASE 102 King Headboar | 10/14/09 | 916.06 | 0.00 | 458.03 | 474.40 | 126.19 | 600.59 | 315.47 | 200DB | 7.0 |
| 210 | Kngn (36) CASE 103 King headboa | 10/14/09 | 523.92 | 0.00 | 261.96 | 271.33 | 72.17 | 343.50 | 180.42 | 200DB | 7.0 |
| 211 | Tdbn (22) CASE 108 3-drawer chest | 10/14/09 | 1,873.14 | 0.00 | 936.57 | 970.05 | 258.03 | 1,228.08 | 645.06 | 200DB | 7.0 |
| 212 | Xstn (6) CASE 105 TV/microfrig | 10/14/09 | 2,490.99 | 0.00 | 1,245.50 | 1,289.85 | 343.11 | 1,632.96 | 858.03 | 200DB | 7.0 |
| 213 | Tdbn (22) CASE 105 TV/microfridge | 10/14/09 | 6,055.28 | 0.00 | 3,027.64 | 3,135.97 | 834.16 | 3,970.13 | 2,085.15 | 200DB | 7.0 |
| 214 | Xstn (22) CASE 105 TV/microfridge | 10/14/09 | 12,110.56 | 0.00 | 6,055.28 | 6,271.54 | 1,668.29 | 7,939.83 | 4,170.73 | 200DB | 7.0 |
| 215 | Xexn (4) CASE 105 TV/microfridge | 10/14/09 | 2,201.92 | 0.00 | 1,100.96 | 1,140.28 | 303.33 | 1,443.61 | 758.31 | 200DB | 7.0 |

# Tax Asset Detail   1/01/10 - 12/31/10

| Asset Id | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Furniture and fixtures (continued)** | | | | | | | | | | | |
| 216 | Kuen (7) CASE 105 TV/microfridge | 10/14/09 | 3,853.36 | 0.00 | 1,926.68 | 1,995.49 | 530.82 | 2,526.31 | 1,327.05 | 200DB | 7.0 |
| 217 | Kuen (36) CASE 105 TV/microfridge | 10/14/09 | 19,817.28 | 0.00 | 9,908.64 | 10,262.52 | 2,729.93 | 12,992.45 | 6,824.83 | 200DB | 7.0 |
| 225 | Ice machine (3rd floor) | 2/02/10 | 2,193.50 | 0.00c | 1,096.75 | 0.00 | 1,253.43 | 1,253.43 | 940.07 | 200DB | 7.0 |
| 226 | Renovations-balance | 1/01/10 | 88,328.91 | 0.00c | 44,164.46 | 0.00 | 50,473.67 | 50,473.67 | 37,855.24 | 200DB | 7.0 |
| | **Furniture and fixtures** | | 355,083.11 | 0.00c | 137,573.39 | 128,274.18 | 91,554.95 | 219,829.13 | 135,253.98 | | |
| **Group: Office equipment** | | | | | | | | | | | |
| 18 | Fax machine | 4/22/08 | 181.05 | 0.00 | 90.53 | 124.09 | 16.27 | 140.36 | 40.69 | 200DB | 7.0 |
| | **Office equipment** | | 181.05 | 0.00c | 90.53 | 124.09 | 16.27 | 140.36 | 40.69 | | |
| **Group: Signs** | | | | | | | | | | | |
| 125 | Sign | 4/30/09 | 16,157.69 | 0.00 | 8,078.85 | 9,521.50 | 1,896.05 | 11,417.55 | 4,740.14 | 200DB | 7.0 |
| 224 | Sign & installation | 8/24/09 | 12,542.72 | 0.00 | 6,271.36 | 6,943.29 | 1,599.84 | 8,543.13 | 3,999.59 | 200DB | 7.0 |
| | **Signs** | | 28,700.41 | 0.00c | 14,350.21 | 16,464.79 | 3,495.89 | 19,960.68 | 8,739.73 | | |

In re __Sarai Sanford, LLC_____,   Case No. _____

                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | Mortgage | | | | | |
| **Fixed Income Holdings** **4201 Woodmere Rd.** **Tampa, FL 33609** | - | | | | | **Holiday Inn Express** **2011 Tax Assessor Value** | | | | | |
| | | | | | | Value $                        1,961,213.00 | | | | 5,974,587.00 | 4,013,374.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

__0__   continuation sheets attached

|  | Subtotal (Total of this page) | 5,974,587.00 | 4,013,374.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 5,974,587.00 | 4,013,374.00 |

In re   **Sarai Sanford, LLC**       Case No. _____

                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **August Sales Tax** | | | | | |
| **Florida Dept of Revenue** **Attn: Executive Director** **5050 W Tennessee St** **Tallahassee, FL 32399-0140** | - | | | | | | 6,972.00 | Unknown |
| Account No. | | | | | | | | |
| **Internal Revenue Service** **Centralized Insolvency Ops** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| **Internal Revenue Svc\*** **Spec Proc Function** **PO Box 35045, Stop 5720** **Jacksonville, FL 32202** | - | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| **SEC** **Branch of Reorganization** **3475 Lenox Rd NE #1000** **Atlanta, GA 30326** | | | | | | | Unknown | Unknown |
| Account No. | | | **Property Tax 2010 - 51,185.88** **Property Tax 2011 - 41,493.00** **Tourist Tax 8/2011 - 4,950.10** | | | | | |
| **Seminole Cty Tax Collector** **Attn: Ray Valdes** **PO Box 630** **Sanford, FL 32772-0630** | | | | | | | 97,628.98 | Unknown |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 104,600.98 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 104,600.98 | 0.00 / 0.00 |

In re   **Sarai Sanford, LLC**                                   Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Express** <br> PO Box 360001 <br> Ft. Lauderdale, FL 33336 | | - | 3/19/08 <br> Credit card | | | | 2,000.00 |
| Account No. <br><br> **AT&T** <br> PO Box 5019 <br> Carol Stream, IL 60197-5019 | | - | Phone Service | | | | 200.00 |
| Account No. <br><br> **Bank of America** <br> PO Box 851001 <br> Dallas, TX 75285-1001 | | - | 3/19/08 <br> Credit card | | | | 7,000.00 |
| Account No. <br><br> **FPL** <br> General Mail Facility <br> Miami, FL 33188 | | - | 3/19/08 <br> Utilities | | | | 6,000.00 |
| **2**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 15,200.00 |

In re   **Sarai Sanford, LLC**                           ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**Guest Supply**<br>**PO Box 910**<br>**Monmouth Junction, NJ 08852** | | - | | | 3/19/08<br>**Hotel Supplies** | | | | 2,700.00 |
| Account No.<br><br>**Intercontinental Hotel Grps**<br>**PO Box 101074**<br>**Atlanta, GA 30392** | | - | | | 3/19/08<br>**Franchisor** | | | | 15,000.00 |
| Account No.<br><br>**Main Street Bank**<br>**(The Leasing Experts)**<br>**PO Box 203909**<br>**Houston, TX 77216** | X | - | | | **Hotel Furnishings** | | | | Unknown |
| Account No.<br><br>**Royal Cup Coffee**<br>**PO Box 170971**<br>**Birmingham, AL 35217** | | - | | | 3/19/08<br>**Trade Debt** | | | | 250.00 |
| Account No.<br><br>**Sarai, Inc.**<br>**19700 US Hwy 441**<br>**Mount Dora, FL 32757** | | - | | | 3/19/2008<br>**Loan** | | | | 1,749,918.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims             Subtotal (Total of this page)      1,767,868.00

In re   **Sarai Sanford, LLC**                              Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sysco**<br>**200 West Story Rd.**<br>**Ocoee, FL 34761** | - | | **3/19/08**<br>**Trade debt** | | | | **Unknown** |
| Account No.<br><br>**TCF Financing**<br>**PO Box 650**<br>**Hopkins, MN 55343** | - | | **3/19/08**<br>**Buy-out for shuttle van** | | | | **3,622.23** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **3,622.23** |
| Total<br>(Report on Summary of Schedules) | **1,786,690.23** |

In re    **Sarai Sanford, LLC**             Case No. _____

                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Intercontinental Hotel Grps**<br>**PO Box 101074**<br>**Atlanta, GA 30392** | **Franchise agreement** |
| **Main Street Bank**<br>**PO Box 203909**<br>**Houston, TX 77216** | **Hotel Furnishings** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Sarai Sanford, LLC** _____ ,     Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bharat Desai**<br>**6542 Sinisi Drive**<br>**Mount Dora, FL 32757**<br>   **Guarantor** | **Main Street Bank**<br>**(The Leasing Experts)**<br>**PO Box 203909**<br>**Houston, TX 77216** |
| **Daksha Patel**<br>**830 Peregrine Drive**<br>**Indialantic, FL 32903**<br>   **Guarantor** | **Main Street Bank**<br>**(The Leasing Experts)**<br>**PO Box 203909**<br>**Houston, TX 77216** |
| **Diptyben Desai**<br>**221 Lansing Island Drive**<br>**Indian Harbour Beach, FL 32937**<br>   **Guarantor** | **Main Street Bank**<br>**(The Leasing Experts)**<br>**PO Box 203909**<br>**Houston, TX 77216** |
| **Kalpana Gadodia**<br>**129 Lansing Island Drive**<br>**Indian Harbour Beach, FL 32937**<br>   **Guarantor** | **Main Street Bank**<br>**(The Leasing Experts)**<br>**PO Box 203909**<br>**Houston, TX 77216** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re    **Sarai Sanford, LLC**                                       Case No.   _____

                                             Debtor(s)                  Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_\_**14**\_\_\_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 15, 2011**                  Signature    **/s/ Nikesh Shah**

                                                             **Nikesh Shah**

                                                             **Manager**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Sarai Sanford, LLC** _____ ,
                                     Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bharat Desai**<br>19700 US Hwy 441<br>Ste. 200<br>Mount Dora, FL 32757 | | 14% | |
| **Daksha Patel**<br>1835 N. Hwy A1A<br>No. 303<br>Indialantic, FL 32903 | | 14% | |
| **Dhiroo C. Desai M.D.**<br>PO Box 549<br>Wilbrham, MA 01095 | | 10% | |
| **Diptyben Desai**<br>2290 West Eau Gallie Blvd.<br>Ste. 200<br>Melbourne, FL 32903 | | 14% | |
| **Kalpana Gadodia**<br>2290 West Eau Gallie Blvd.<br>Melbourne, FL 32935 | | 14% | |
| **Mona V. Patel**<br>72 Laxmikunj, NS Road 8<br>Hatkesh Society, Juhu Scheme<br>=ile Parle<br>W. Mumbia 400049 India | | 14% | |
| **Raj Desai**<br>10202 Heather Glen Drive<br>Jacksonville, FL 32256 | | 10% | |
| **Rakesh Patel**<br>11583 Summer Haven Blvd.<br>North<br>Jacksonville, FL 32258 | | 10% | |

  **0**   continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re   **Sarai Sanford, LLC**                     ,        Case No._____

                                           Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**September 15, 2011**_____        Signature _**/s/ Nikesh Shah**_____

                                                             **Nikesh Shah**
                                                             **Manager**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                           18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    __Sarai Sanford, LLC_____

                                                   Debtor(s)

Case No. _____

Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __September 15, 2011_____

__/s/ Nikesh Shah_____

__Nikesh Shah/Manager__
Signer/Title

Sarai Sanford, LLC
19700 US Hwy 441
Mount Dora, FL 32757

Diptyben Desai
221 Lansing Island Drive
Indian Harbour Beach, FL 32937

Kalpana Gadodia
2290 West Eau Gallie Blvd.
Melbourne, FL 32935

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Diptyben Desai
2290 West Eau Gallie Blvd.
Ste. 200
Melbourne, FL 32903

Main Street Bank
(The Leasing Experts)
PO Box 203909
Houston, TX 77216

American Express
PO Box 360001
Ft. Lauderdale, FL 33336

Fixed Income Holdings
4201 Woodmere Rd.
Tampa, FL 33609

Main Street Bank
PO Box 203909
Houston, TX 77216

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Mona V. Patel
72 Laxmikunj, NS Road 8
Hatkesh Society, Juhu Scheme
=ile Parle
W. Mumbia 400049 India

Bank of America
PO Box 851001
Dallas, TX 75285-1001

FPL
General Mail Facility
Miami, FL 33188

Raj Desai
10202 Heather Glen Drive
Jacksonville, FL 32256

Bharat Desai
6542 Sinisi Drive
Mount Dora, FL 32757

Guest Supply
PO Box 910
Monmouth Junction, NJ 08852

Rakesh Patel
11583 Summer Haven Blvd.
North
Jacksonville, FL 32258

Bharat Desai
19700 US Hwy 441
Ste. 200
Mount Dora, FL 32757

Intercontinental Hotel Grps
PO Box 101074
Atlanta, GA 30392

Royal Cup Coffee
PO Box 170971
Birmingham, AL 35217

Daksha Patel
830 Peregrine Drive
Indialantic, FL 32903

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Sarai, Inc.
19700 US Hwy 441
Mount Dora, FL 32757

Daksha Patel
1835 N. Hwy A1A
No. 303
Indialantic, FL 32903

Internal Revenue Svc*
Spec Proc Function
PO Box 35045, Stop 5720
Jacksonville, FL 32202

SEC
Branch of Reorganization
3475 Lenox Rd NE #1000
Atlanta, GA 30326

Dhiroo C. Desai M.D.
PO Box 549
Wilbrham, MA 01095

Kalpana Gadodia
129 Lansing Island Drive
Indian Harbour Beach, FL 32937

Seminole Cty Tax Collector
Attn: Ray Valdes
PO Box 630
Sanford, FL 32772-0630

Sysco
200 West Story Rd.
Ocoee, FL 34761


TCF Financing
PO Box 650
Hopkins, MN 55343

# United States Bankruptcy Court
## Middle District of Florida

In re    **Sarai Sanford, LLC**                                 Case No. _____

                                             Debtor(s)                 Chapter      **11** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$891,220.00** | **Through July 31, 2011** |
| **$1,374,034.00** | **2010** |
| **$1,557,039.00** | **2009** |

---

#### 2. Income other than from employment or operation of business

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Transaction Listing** | | **$0.00** | **$0.00** |

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fixed Income Holdings v. Sarai Sanford, LLC, et al.** **10-CA-5121** | **Foreclosure** | **Lake County** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Latham, Shuker, Eden & Beaudine, LLP<br>111 N. Magnolia Ave. Ste. 1400<br>Orlando, FL 32801 | 9/9/11<br>Sarai, Inc. $25,000.00<br>9/15/11<br>Sarai Sanford, LLC $19,000.00 | $44,000.00 for both Sarai, Inc., and Sarai Sanford, LLC |

## 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☒    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☒    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☒    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

**None** ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None** ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None** ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

**None** ☑   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
**Bowyer & McCullough PA**
**2310 S Bay St.**
**Eustis, FL 32726**

DATES SERVICES RENDERED
**3/2008 to present**

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME
**Bowyer & McCullough PA**

ADDRESS
**2310 S Bay St.**
**Eustis, FL 32726**

DATES SERVICES RENDERED
**3/2008 to present**

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
**Nikesh Shah**

ADDRESS
**3401 South Orlando Dr.**
**Sanford, FL 32771**

**Bharat Desai**

**19700 US Hwy 441**
**Mount Dora, FL 32757**

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS
**BB&T**

DATE ISSUED
**2009**

**Reunion Bank**

**2009**

**RBC**

**2009 and 2010**

**BAL Company**

**2010**

NAME AND ADDRESS
**Andered Bank**

DATE ISSUED
2011

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Rakesh Patel**<br>**11583 Summer Haven Blvd. N**<br>**Jacksonville, FL 32258** | | 10% |
| **Dhiroobhai Desai**<br>**PO Box 549**<br>**Wilbrham, MA 01095** | | 10% |
| **Raj Desai**<br>**10012 Randallstown Ln**<br>**Jacksonville, FL 32256** | | 10% |
| **Bharat Desai**<br>**6542 Sinisi Drive**<br>**Mount Dora, FL 32757** | | 14% |
| **Dipty Desai**<br>**221 Lansing Island Drive**<br>**Indian Harbour Beach, FL 32937** | | 14% |
| **Mona Patel**<br>**72 Laxmikunj, NS Road 8**<br>**Hatkesh Society, Juhu Scheme, =ile Parle**<br>**W. Mumbia 400049, India** | | 14% |
| **Daksha Patel**<br>**830 Peregrine Drive**<br>**Indiatlantic, FL 32903** | | 14% |
| **Kalpana Gadodia**<br>**129 Lansing Island Dr.**<br>**Indian Harbour Beach, FL 32937** | | 14% |

### 22 . Former partners, officers, directors and shareholders

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **September 15, 2011**       Signature     **/s/ Nikesh Shah**
                                                **Nikesh Shah**
                                                **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Sarai Sanford, LLC**
**Transaction Listing**

SoFA # 3

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 05/03/11 | 2383 | V | 3150 | St of Fl Disb Unit C/S | 92.26 | 92.26 |
| 05/03/11 | 2384 | V | 7581 | Dan Bourcier Pool & Spa S | 681.00 | 681.00 |
| 05/03/11 | 2385 | V | 7560 | Quench USA | 92.02 | 92.02 |
| 05/03/11 | 2386 | V | 7010 | Bowyer & McCullough PA | 750.00 | 750.00 |
| 05/03/11 | 2387 | | 7642 | Ecolab | 194.42 | 194.42 |
| 05/03/11 | 2388 | V | 7294 | Associated Industries Ins | 5,000.00 | 5,000.00 |
| 05/03/11 | 2389 | V | 7880 | FP&L | 3,786.54 | 3,786.54 |
| 05/09/11 | 2390 | V | 7581 | David Gray Irrigation | 65.00 | 65.00 |
| 05/13/11 | 2391 | V | 7621 | Stanley Security Sollisle | 187.25 | 187.25 |
| 05/13/11 | 2392 | V | 7360 | Bureau of Elevator Safety | 75.00 | 75.00 |
| 05/13/11 | 2393 | V | 7880 | Fl Public Utilities | 821.72 | 821.72 |
| 05/13/11 | 2394 | V | 7290 | Montgomery Insurance | 931.44 | 931.44 |
| 05/13/11 | 2395 | | 7644 | Ecolab | 439.73 | 439.73 |
| 05/13/11 | 2396 | V | 7800 | AT&T | 79.63 | 79.63 |
| 05/16/11 | 2397 | V | 3130 | Ray Valdes, Tax Collector | 6,128.79 | 6,128.79 |
| 05/17/11 | 2398 | V | 3150 | St of Fl Disb Unit C/S | 92.26 | 92.26 |
| 05/17/11 | 2399 | V | 7580 | Anthony Wesa's Awuarium | 420.00 | 420.00 |
| 05/21/11 | 2400 | V | 7642 | Ecolab | 37.19 | 37.19 |
| 05/21/11 | 2401 | V | 7890 | TCF Equipment Finance | 701.72 | 701.72 |
| 05/21/11 | 2402 | V | 7560 | Quench USA | 92.02 | 92.02 |
| 05/21/11 | 2403 | V | 7581 | Under The Sun Landscaping | 1,348.00 | 1,348.00 |
| 05/21/11 | 2404 | V | 7580 | Anthony Wesa's Awuarium | 195.90 | 195.90 |
| 05/21/11 | 2405 | V | 7581 | Dan Bourcier Pool & Spa S | 625.00 | 625.00 |
| 06/01/11 | 2406 | V | 3150 | St of Fl Disb Unit C/S | 92.26 | 92.26 |
| 06/01/11 | 2407 | | 7820 | Tammy Nelson reimb exp | 59.11 | 59.11 |
| 06/01/11 | 2408 | | 7820 | Margarita Lansing reimb exp | 66.00 | 66.00 |
| 06/03/11 | 2409 | V | 7582 | Southeastern Laundry Equi | 183.78 | 183.78 |
| 06/07/11 | 2410 | V | 7880 | FP&L | 715.51 | 715.51 |
| 06/07/11 | 2411 | V | 7700 | Fl Unemp Fund | 187.30 | 187.30 |
| 06/07/11 | 2412 | V | 7880 | FP&L | 3,867.33 | 3,867.33 |
| 06/07/11 | 2413 | V | 3130 | Ray Valdes, Tax Collector | 4,649.42 | 4,649.42 |
| 06/07/11 | 2414 | V | 7580 | Gem Supply | 271.92 | 271.92 |
| 06/14/11 | 2415 | V | 3150 | St of Fl Disb Unit C/S | 92.26 | 92.26 |
| 06/15/11 | 2416 | | 7640 | Jose Bonilla reimb spray gun | 105.93 | 105.93 |
| 06/15/11 | 2417 | | 7581 | Paul Walker | 600.00 | 600.00 |
| 06/16/11 | 2418 | V | 7642 | Ecolab | 534.85 | 534.85 |
| 06/16/11 | 2419 | V | 7560 | Quench USA | 92.02 | 92.02 |
| 06/16/11 | 2420 | V | 7581 | Isaiah Frazier | 350.00 | 350.00 |
| 06/16/11 | 2421 | V | 7580 | Atlantic Business Commun rep phone system | 214.00 | 214.00 |
| 06/28/11 | 2422 | V | 3150 | St of Fl Disb Unit C/S | 92.26 | 92.26 |
| 06/28/11 | 2423 | V | 7580 | Anthony Wesa's Awuarium | 147.75 | 147.75 |
| 06/28/11 | 2424 | V | 7581 | Dan Bourcier Pool & Spa S | 250.00 | 250.00 |
| 06/28/11 | 2425 | V | 7642 | Ecolab | 103.53 | 103.53 |
| 06/28/11 | 2426 | V | 7890 | TCF Equipment Finance | 701.72 | 701.72 |
| 07/06/11 | 2427 | | 7580 | Reimb petty cash | 1,357.46 | 1,357.46 |
| 07/09/11 | 2428 | | 8200 | Secure View/George Auriemma computer/wireless equipment | 600.00 | 600.00 |
| 07/12/11 | 2429 | V | 3150 | St of Fl Disb Unit C/S | 92.26 | 92.26 |
| 07/12/11 | 2430 | V | 3130 | Ray Valdes, Tax Collector | 4,953.73 | 4,953.73 |
| 07/12/11 | 2431 | V | 7642 | Ecolab | 1,048.73 | 1,048.73 |
| 07/12/11 | 2432 | V | 7800 | AT&T | 92.71 | 92.71 |
| 07/12/11 | 2433 | V | 7880 | FP&L | 3,216.13 | 3,216.13 |
| 07/12/11 | 2434 | V | 7880 | Florida Public Utilities | 775.42 | 775.42 |
| 07/12/11 | 2435 | | 7602 | Maria Martin Final pay settled | 495.00 | 495.00 |
| 07/14/11 | 2436 | | 8200 | Secure View/George Auriemma pymt on comuter/wireless equipment | 600.00 | 600.00 |
| 07/18/11 | 2437 | V | 7890 | TCF Equipment Finance | 701.72 | 701.72 |
| 07/18/11 | 2438 | V | 7560 | Quench USA | 92.02 | 92.02 |
| 07/18/11 | 2439 | V | 7580 | Industrial Laundry Servic Rep machines | 291.19 | 291.19 |
| 07/18/11 | 2440 | V | 7880 | City of Sanford Utilities | 1,658.29 | 1,658.29 |
| 07/18/11 | 2441 | V | 7360 | Div of Hotels & Restauran | 200.00 | 200.00 |

05/01/11 - 07/31/11

**Sarai Sanford, LLC**
**Transaction Listing**

28110
Page 2
09/08/11 05:02 PM

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 07/18/11 | 2442 | V | 7010 | Bowyer & McCullough PA | 300.00 | 300.00 |
| 07/18/11 | 2443 | V | 7581 | Isaiah Frazier | 365.00 | 365.00 |
| 07/18/11 | 2444 | V | 7360 | City of Sanford Bldg Fire Prev license renewal | 85.00 | 85.00 |
| 07/18/11 | 2445 | V | 7580 | Anthony Wesa's Awuarium | 125.00 | 125.00 |
| 05/04/11 | 2446 | V | 3002 | Net payroll | 343.69 | |
| 07/26/11 | 2446 | V | 3150 | St of Fl Disb Unit C/S | 92.26 | 435.95 |
| 05/04/11 | 2447 | | 3002 | Net payroll | 529.34 | |
| 07/26/11 | 2447 | V | 7010 | Bowyer & McCullough PA | 600.00 | 1,129.34 |
| 05/04/11 | 2448 | | 3002 | Net payroll | 436.77 | |
| 07/26/11 | 2448 | V | 7580 | Gem Supply | 132.51 | 569.28 |
| 05/04/11 | 2449 | | 3002 | Net payroll | 137.70 | |
| 07/26/11 | 2449 | V | 7581 | Dan Bourcier Pool & Spa S | 250.00 | 387.70 |
| 07/26/11 | 2450 | V | 7580 | Industrial Laundry Servic machine repair | 832.84 | 832.84 |
| 07/26/11 | 2451 | V | 7642 | Ecolab | 206.93 | 206.93 |
| 07/26/11 | 2452 | V | 7360 | City of Sanford Building/Fire Prev license renewal | 266.00 | 266.00 |
| 05/04/11 | 2459 | | 3002 | Net payroll | 755.71 | 755.71 |
| 05/04/11 | 2460 | | 3002 | Net payroll | 736.91 | 736.91 |
| 05/18/11 | 2462 | V | 3002 | Net payroll | 405.75 | 405.75 |
| 05/18/11 | 2463 | | 3002 | Net payroll | 405.86 | 405.86 |
| 05/18/11 | 2464 | | 3002 | Net payroll | 390.91 | 390.91 |
| 05/18/11 | 2469 | | 3002 | Net payroll | 446.90 | 446.90 |
| 05/18/11 | 2474 | | 3002 | Net payroll | 234.44 | 234.44 |
| 05/18/11 | 2476 | | 3002 | Net payroll | 626.23 | 626.23 |
| 06/01/11 | 2477 | V | 3002 | Net payroll | 132.32 | 132.32 |
| 06/01/11 | 2478 | | 3002 | Net payroll | 626.43 | 626.43 |
| 06/01/11 | 2479 | | 3002 | Net payroll | 300.40 | 300.40 |
| 06/01/11 | 2480 | | 3002 | Net payroll | 413.05 | 413.05 |
| 06/01/11 | 2481 | | 3002 | Net payroll | 526.73 | 526.73 |
| 06/01/11 | 2482 | V | 3002 | Net payroll | 586.53 | 586.53 |
| 06/01/11 | 2483 | | 3002 | Net payroll | 588.84 | 588.84 |
| 06/01/11 | 2484 | | 3002 | Net payroll | 553.99 | 553.99 |
| 06/01/11 | 2485 | | 3002 | Net payroll | 471.36 | 471.36 |
| 06/01/11 | 2486 | | 3002 | Net payroll | 478.92 | 478.92 |
| 06/01/11 | 2487 | | 3002 | Net payroll | 488.11 | 488.11 |
| 06/01/11 | 2488 | | 3002 | Net payroll | 376.69 | 376.69 |
| 06/01/11 | 2489 | | 3002 | Net payroll | 2,281.63 | 2,281.63 |
| 06/01/11 | 2490 | | 3002 | Net payroll | 382.34 | 382.34 |
| 06/01/11 | 2491 | | 3002 | Net payroll | 403.53 | 403.53 |
| 06/01/11 | 2492 | | 3002 | Net payroll | 371.12 | 371.12 |
| 06/01/11 | 2493 | | 3002 | Net payroll | 546.74 | 546.74 |
| 06/15/11 | 2497 | V | 3002 | Net payroll | 322.41 | 322.41 |
| 06/15/11 | 2498 | | 3002 | Net payroll | 371.47 | 371.47 |
| 06/15/11 | 2508 | | 3002 | Net payroll | 288.71 | 288.71 |
| 06/15/11 | 2510 | | 3002 | Net payroll | 549.81 | 549.81 |
| 06/29/11 | 2513 | V | 3002 | Net payroll | 249.91 | 249.91 |
| 06/29/11 | 2515 | | 3002 | Net payroll | 518.39 | 518.39 |
| 06/29/11 | 2516 | | 3002 | Net payroll | 451.65 | 451.65 |
| 06/29/11 | 2527 | | 3002 | Net payroll | 525.28 | 525.28 |
| 07/13/11 | 2530 | V | 3002 | Net payroll | 441.32 | 441.32 |
| 07/13/11 | 2532 | | 3002 | Net payroll | 427.64 | 427.64 |
| 07/13/11 | 2533 | | 3002 | Net payroll | 467.34 | 467.34 |
| 07/13/11 | 2545 | | 3002 | Net payroll | 599.03 | 599.03 |
| 07/13/11 | 2546 | | 3002 | Net payroll | 30.44 | 30.44 |
| 07/27/11 | 2548 | V | 3002 | Net payroll | 445.93 | 445.93 |
| 07/27/11 | 2550 | | 3002 | Net payroll | 426.23 | 426.23 |
| 07/27/11 | 2551 | | 3002 | Net payroll | 409.13 | 409.13 |
| 07/27/11 | 2562 | | 3002 | Net payroll | 367.92 | 367.92 |
| 07/27/11 | 2563 | | 3002 | Net payroll | 569.04 | 569.04 |

Total of Checks      78,084.63

05/01/11 - 07/31/11

**Sarai Sanford, LLC**
**Transaction Listing**

28110
Page 3
09/08/11 05:02 PM

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|

Total Debits     78,084.63    Total Credits     0.00

Number of Transactions    117

05/01/11 - 07/31/11

**Sarai Sanford, LLC**
**Transaction Listing**

28110
Page 1
09/08/11 05:03 PM

| Date | Reference | T | Account | Description | Amount | Reference Total |
|------|-----------|---|---------|-------------|--------|-----------------|
| 05/31/11 | 3.1 | | 1015 | Record bank deductions | (97,663.15) | |
| 05/31/11 | 3.1 | | 1020 | Trfr to PR | 12,000.00 | |
| 05/31/11 | 3.1 | | 1020 | Trfr to PR | 12,000.00 | |
| 05/31/11 | 3.1 | | 1020 | Trfr to PR | 12,000.00 | |
| 05/31/11 | 3.1 | S | 1020 | Bank deductions-payroll | (23,587.16) | |
| 05/31/11 | 3.1 | | 3001 | AmExp pymt | 5,000.00 | |
| 05/31/11 | 3.1 | | 3001 | Amer Express pymt | 8,961.18 | |
| 05/31/11 | 3.1 | S | 3002 | Intuit payroll | 2,962.62 | |
| 05/31/11 | 3.1 | S | 3002 | Intuit payroll | 7,997.39 | |
| 05/31/11 | 3.1 | S | 3002 | Intuit payroll | 3,494.97 | |
| 05/31/11 | 3.1 | S | 3002 | Intuit payroll | 9,132.18 | |
| 05/31/11 | 3.1 | | 3006 | BOA Visa pymt | 9,000.00 | |
| 05/31/11 | 3.1 | | 3006 | Bank of America | 6,000.00 | |
| 05/31/11 | 3.1 | | 3130 | FLDOR sales tax | 8,691.19 | |
| 05/31/11 | 3.1 | | 3725 | Main St Bank | 975.82 | |
| 05/31/11 | 3.1 | | 7110 | Service chgs | 14.30 | |
| 05/31/11 | 3.1 | | 7150 | Bankcard MTOT disc | 2,708.11 | |
| 05/31/11 | 3.1 | | 7210 | Club System dues | 50.00 | |
| 05/31/11 | 3.1 | | 7220 | Six Continents Franchise fee | 19,507.66 | |
| 05/31/11 | 3.1 | | 7320 | Main St Bank | 745.38 | |
| 05/31/11 | 3.1 | | 7780 | FLDOR Comm tax | 9.51 | |
| 06/30/11 | 3.1 | | 1015 | Record bank deductions | (55,693.84) | |
| 06/30/11 | 3.1 | | 1020 | Trfr to PR | 17,000.00 | |
| 06/30/11 | 3.1 | | 1020 | Trfr to PR | 12,000.00 | |
| 06/30/11 | 3.1 | S | 1020 | Bank deductions-payroll | (27,476.50) | |
| 06/30/11 | 3.1 | S | 3002 | Intuit payroll | 2,573.11 | |
| 06/30/11 | 3.1 | S | 3002 | Intuit payroll | 10,508.12 | |
| 06/30/11 | 3.1 | S | 3002 | Intuit payroll | 3,720.03 | |
| 06/30/11 | 3.1 | S | 3002 | Intuit payroll | 8,234.67 | |
| 06/30/11 | 3.1 | S | 3002 | Intuit payroll | 2,440.57 | |
| 06/30/11 | 3.1 | | 3130 | FLDOR sales tax | 6,604.61 | |
| 06/30/11 | 3.1 | | 3725 | Main St Bank | 989.77 | |
| 06/30/11 | 3.1 | | 7110 | Service chgs | 12.95 | |
| 06/30/11 | 3.1 | | 7110 | Bankcard disc | 7.35 | |
| 06/30/11 | 3.1 | | 7150 | Bankcard MTOT disc | 1,921.55 | |
| 06/30/11 | 3.1 | | 7210 | Club System dues | 50.00 | |
| 06/30/11 | 3.1 | | 7220 | Six Continents Franchise fee | 16,372.19 | |
| 06/30/11 | 3.1 | | 7320 | Main St Bank | 731.43 | |
| 06/30/11 | 3.1 | | 7780 | FLDOR Comm tax | 3.99 | |
| 07/31/11 | 3.1 | S | 1015 | Record bank deductions | (128,758.81) | |
| 07/31/11 | 3.1 | S | 1020 | Trfr to PR | 15,000.00 | |
| 07/31/11 | 3.1 | S | 1020 | Trfr to PR | 5,000.00 | |
| 07/31/11 | 3.1 | S | 1020 | Trfr to PR | 10,000.00 | |
| 07/31/11 | 3.1 | S | 1020 | Bank deductions-payroll | (23,040.82) | |
| 07/31/11 | 3.1 | S | 3001 | AmExp pymt | 13,170.66 | |
| 07/31/11 | 3.1 | S | 3002 | Intuit payroll | 10,197.18 | |
| 07/31/11 | 3.1 | S | 3002 | Intuit payroll | 3,521.91 | |
| 07/31/11 | 3.1 | S | 3002 | Intuit payroll | 7,026.77 | |
| 07/31/11 | 3.1 | S | 3002 | Intuit payroll | 2,294.96 | |
| 07/31/11 | 3.1 | S | 3006 | BOA Visa pymt | 5,000.00 | |
| 07/31/11 | 3.1 | S | 3006 | Bank of America Visa | 32,000.00 | |
| 07/31/11 | 3.1 | S | 3006 | Bank of America | 20,000.00 | |
| 07/31/11 | 3.1 | S | 3130 | FLDOR sales tax | 7,036.10 | |
| 07/31/11 | 3.1 | S | 3725 | Main St Bank | 1,003.91 | |
| 07/31/11 | 3.1 | S | 7110 | Service chgs | 4.05 | |
| 07/31/11 | 3.1 | S | 7150 | Bankcard MTOT disc | 2,112.90 | |
| 07/31/11 | 3.1 | S | 7210 | Club System dues | 50.00 | |
| 07/31/11 | 3.1 | S | 7220 | Six Continents Franchise fee | 17,663.90 | |
| 07/31/11 | 3.1 | S | 7320 | Main St Bank | 717.29 | |

Transaction Balance    0.00

05/01/11 - 07/31/11

**Sarai Sanford, LLC**
**Transaction Listing**

28110
Page 2
09/08/11 05:03 PM

| Date | Reference | T | Account | Description | | Amount | Reference Total |
|------|-----------|---|---------|-------------|---|--------|-----------------|
| Total Debits | 356,220.28 | | Total Credits | 356,220.28 | A/C Hash Total | 228589.000 | |
| Number of Transactions | | 59 | | | | | |